OPINION — AG — ** STATE BOARD OF EQUALIZATION — REVOLVING FUNDS ** THE DATA PROCEEDING PLANNING REVOLVING FUND ESTABLISHED BY 74 O.S. 118.11 [74-118.11], NEED NOT BE ESTIMATED AND CERTIFIED BY THE STATE BOARD OF EQUALIZATION IN ACCORDANCE WITH THE PROCEDURES SET FORTH IN ARTICLE X, SECTION 23 (DATA PROCESSING, REVOLVING FUND, REVENUE, APPROPRIATIONS) CITE: 74 O.S. 118.11 [74-118.11], 74 O.S. 118.4 [74-118.4] [74-118.4], OPINION NO. 81-275, OPINION NO. 81-268, OPINION NO. 81-276 (FLOYD W. TAYLOR)